UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DEMARENE COLEMAN,

        Plaintiff,

    v.

MARTINEZ, et al.,

        Defendants.

Case No.: 2:25-cv-00548-RFB-DJA

**ORDER**

Pro se plaintiff Demarene Coleman brings this action under 42 U.S.C. § 1983 to redress constitutional violations that he allegedly suffered while incarcerated at Southern Desert Correctional Center. In screening Coleman's complaint, the Court referred this matter to the Court's Inmate Early Mediation program, and a mediation conference was scheduled for March 6, 2026. (ECF Nos. 4, 10). Although Coleman submitted his mediation brief, the mediation did not happen because he failed to appear. (ECF No. 11). Soon thereafter, Coleman filed two motions asking the Court to schedule a second mediation conference, arguing that he had difficulty navigating the Zoom conference system and accessing the meeting. (ECF Nos. 12, 13). Coleman points out that he was recently released from prison and his technological experience is limited by his incarceration. (ECF No. 13). The Court appreciates Coleman's timely motion and finds that he has shown good cause to schedule this case for a second mediation conference.

**I.     CONCLUSION**

It is therefore ordered that Coleman's motions to schedule a second mediation conference (ECF Nos. 12, 13) are granted. The Court will enter a separate scheduling order in due course.

DATED: March 31, 2026

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE